IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TERRA JOHNSTON,** | ) CIVIL ACTION NO. |
| | ) No. 2:21-cv-01536-DSC |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) |
| **BOROUGH OF AVALON,** | ) |
| **THOMAS KOKOSKI,** individually | ) |
| and in his official capacity as | ) |
| Chief of Police**,** | ) |
| **CHRISTOPHER ROSSETTI,** | ) |
| individually and in his official | ) |
| capacity as Sergeant**,** | ) |
| | ) |
| **Defendants.** | ) |

## STIPULATION OF DISMISSAL [FRCP 41(a)] AND ORDER OF DISMISSAL

Plaintiff, Terra Johnston, and Defendants Borough of Avalon, Thomas Kokoski, and Christopher Rossetti hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Respectfully submitted:

/s/ *Rachel McElroy*
Rachel McElroy
PA ID: 321624
McElroy Law Firm, LLC
100 First Ave., #1010
Pittsburgh, PA 15222
Phone: 412-620-8735
Email: rachel@mcelroylawfirm.com
Counsel for Plaintiff

/s/ Christopher P. Gerber
Christopher P. Gerber, Esquire, I.D. #76449
Paul Verduci, Esquire, I.D. #76094
941 Pottstown Pike, Suite 200
Chester Springs, PA 19425
(P): 610.321.5500
(F): 610.321.0505
cpgerber@sianalaw.com
pverduci@sianalaw.com
Counsel for Defendants

DATE: 9/14/2022
**SO ORDERED:**

s/David Stewart Cercone
David Stewart Cercone
Senior United States District Judge